# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH C. CREMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE WILLIAMS COMPANIES, INC., d/b/a WILLIAMS,<br><br>　　　　Defendant. | No. 3:18-cv-00988-MEM<br><br>Electronically filed |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, The Williams Companies, Inc., d/b/a Williams (correctly known as "Williams WPC-I, LLC" and referenced herein as "Defendant"), makes the following disclosure: (1) Defendant is a non-governmental corporate party; (2) Williams WPC-I, LLC is a wholly-owned subsidiary of The Williams Companies, Inc.; and (3) no publicly-held corporation other than The Williams Companies, Inc., owns 10% or more of Williams WPC-I, LLC stock.

**[SIGNATURE PAGE FOLLOWS]**

        Respectfully submitted,

        BUCHANAN INGERSOLL & ROONEY PC

        By: */s/Jill M. Lashay*
           Jill M. Lashay, Esquire
           PA ID No. 79985
           Anthony (T.J.) Andrisano, Esquire
           PA ID No. 201231
           409 N. Second Street, Suite 500
           Harrisburg, PA  17101
           Phone:  (717) 237-4800
           Fax:  (717) 233-0852
           E:  jill.lashay@bipc.com
           E: anthony.andrisano@bipc.com
           *Attorneys for Defendant*

Dated:  July 9, 2018

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court electronically for filing and for electronic service upon the following attorney of record this 9th day of July, 2018:

>Alexia Kita Blake, Esq.
>Blake & Walsh, LLC
>436 Jefferson Avenue
>Scranton, PA 18510
>*Attorney for Plaintiff*

By:     *s/Jill M. Lashay*
        Jill M. Lashay, Esq.
        Attorney for Defendant