# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

SARAH C. CREMER,                       :

      Plaintiff               :        CIVIL ACTION NO. 3:18-988

      v.                          :                  (JUDGE MANNION)

THE WILLIAMS COMPANIES, INC., :
d/b/a WILLIAMS,
                                     :

      Defendant

Counsel for the parties having reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

                                                                    /s/ Malachy E. Mannion
                                                MALACHY E. MANNION
                                                United States District Judge

Dated: June 11, 2019
18-988-06